FOX ROTHSCHILD LLP
Yann Geron (YG 1130)
Fred Stevens (FS 1346)
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

*Counsel to Plaintiff Yann Geron, Chapter 7 Trustee
    of East West Trading, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 7 |
| EAST WEST TRADING, INC., | Case No. 06-11010 (RDD) |
| Debtor. | |
| YANN GERON, Chapter 7 Trustee of the Estate of East West Trading, Inc., | |
| Plaintiff, | Adv. Pro. No. 08-01217 |
| -against- | |
| LC.COM, LTD., | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ADVERSARY
PROCEEDING, PURSUANT TO RULE 41(a)(1) OF THE FEDERAL
RULES OF CIVIL PROCEDURE, MADE APPLICABLE BY RULE 7041
<u>OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

    **PLEASE TAKE NOTICE** that by complaint dated May 8, 2008 (the "<u>Complaint</u>"), Yann Geron (the "<u>Trustee</u>"), Chapter 7 Trustee of the estate of East West Trading, Inc., the above-captioned debtor (the "<u>Debtor</u>"), commenced the above-captioned adversary proceeding, pursuant to, among other things, 11 U.S.C. §§ 547 and 550, against LC.Com, Ltd. ("<u>LC.Com</u>"), seeking the avoidance and recovery of alleged preferential payments made by the Debtor to LC.Com in the ninety-day period preceding the Debtor's bankruptcy filing.

NY1 415009v1 09/08/08

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedures, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Trustee hereby withdraws the Complaint and dismisses this adversary proceeding.

Dated: New York, New York
September 8, 2008

        FOX ROTHSCHILD LLP
        Attorneys for the Plaintiff Trustee

By: */s/ Fred Stevens*
    Yann Geron (YG 1130)
    Fred Stevens (FS 1346)
    100 Park Avenue, 15th Floor
    New York, New York 10017
    (212) 878-7900

TO:    Noël F. Caraccio, Esq.
       Noël F. Caraccio, PLLC
       875 Mamaroneck Avenue
       Suite 404
       Mamaroneck, NY 10543
       Tel: (914) 381-5715
       Fax: (914) 698-4646
       Email: nfcpllc@optonline.net

       *Counsel to Defendant LC.Com, Ltd.*[1]

---

[1] Counsel never officially appeared in adversary proceeding.